IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REGIONAL LOCAL UNION NOS. 846
and 847, et al,

        Plaintiffs,                      No. 3:13-cv-02267-ST

        v.                             ORDER

JAYCO STEEL SERVICES, INC, a Texas
corporation,

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings & Recommendation [35] on February 10, 2015, recommending that Defendant Jayco Steel Services, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction be denied, but its alternative Motion to Transfer Venue [27] to the Southern District of Texas be granted. Plaintiffs Regional Local Union Nos. 846 and 847 of the International Association of Bridge, Structural, Ornamental, and Reinforcing Iron Workers, and the AFL-CIO (collectively "Plaintiffs") timely filed objections to the Findings and

1 – ORDER

Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiffs' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [35], and therefore, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is denied, but its alternative Motion to Transfer Venue [27] is granted. This case is transferred to the United States District Court for the Southern District of Texas.

IT IS SO ORDERED.

DATED this 29 day of April, 2015.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER